1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   STEPHEN L. BERRY (SB# 101576)
2  stephenberry@paulhastings.com
   MICHAEL J. HASKELL (SB# 229463)
3  michaelhaskell@paulhastings.com
   695 Town Center Drive
4  Seventeenth Floor
   Costa Mesa, CA 92626-1924
5  Telephone: (714) 683-6200
   Facsimile: (714) 979-1921
6
   FORD & HARRISON LLP
7  KEITH A. WARREN (SB# 005246), admitted pro hac vice
   kwarren@fordharrison.com
8  HELENE J. WASSERMAN (SB# 130134)
   hwasserman@fordharrison.com
9  350 South Grand Avenue, Suite 2300
   Los Angeles, CA 90071
10 Telephone: (213) 237-2400
   Facsimile: (213) 237-2401
11
   Attorneys for Defendant
12 GMRI, INC.

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                   WESTERN DIVISION

17

18 FLORESA SULLIVAN and            CASE NO. CV-06-3222 SVW (MANx)
   MICHAEL PORTER, on behalf of
   themselves and others similarly  Hon. Stephen V. Wilson
19 situated,                        Ctrm: 6

20              Plaintiffs,

21       vs.                        **STIPULATION FOR VOLUNTARY
                                    DISMISSAL OF PLAINTIFF
22 GMRI, INC.; and DOES 1 to 50,    MICHAEL PORTER; [PROPOSED]
   inclusive,                       ORDER THEREON**
23
                Defendants.
24

25

26

27

28

LEGAL_US_W # 54632059.1

                                         STIPULATION FOR VOLUNTARY
                                         DISMISSAL OF PLAINTIFF M. PORTER

Pursuant to Rule 41(a)(1), the parties, through their respective counsel, hereby stipulate that the claims of plaintiff Michael Porter ("Porter") shall be dismissed without prejudice, on the following conditions:

1. In the event there is any class recovery in this action, Defendant shall be entitled to a credit in the amount of $1,360 against any portion of the recovery that is allocated to any claim of Porter;

2. In the event there is any class recovery, Porter shall be ineligible for any enhancement, including for any period he served as a representative of any putative class; and

3. Each side shall bear its own costs and attorneys' fees incurred in connection with the claims of Porter incurred as of the date of this Stipulation.

///

///

///

///

///

///

Nothing in this Stipulation shall affect the claims of plaintiff Floresa Sullivan, who will continue as a named plaintiff.

Dated: October 12, 2006        KINGSLEY & KINGSLEY, APC

By: _____
              ERIC B. KINGSLEY

Attorneys for Plaintiff
FLORESA SULLIVAN


Dated: October 14, 2006        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
              STEPHEN L. BERRY

Attorneys for Defendant
GMRI, INC.


**ORDER**

IT IS SO ORDERED.

DATED: Nov 2, 2006        _____
                                        Hon. Stephen V. Wilson
                                        United States District Judge

(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On October 20, 2006, I served the foregoing document described as **STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL PORTER; [PROPOSED] ORDER THEREON** on the interested parties in this action

__X__ by placing ____ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

Keith A. Warren
Helene J. Wasserman
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071

Stephen L. Berry
Michael Haskell
PAUL, HASTINGS, JANOFSKY & WALKER
695 Town Center Dr., 17th Floor
Costa Mesa, CA 92626


__X__   **BY MAIL**

   __X__   I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

   __X__   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   ____   (**State**) I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

   __X__   (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

J. HALL